Michael Kind, Esq. (SBN: 13903)
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Tinisha Chappel*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Tinisha Chappel,<br><br>               Plaintiffs,<br><br>v.<br><br>Clark County Collection Service, LLC,<br><br>               Defendant. | Case No.: 2:16-cv-02845-JAD-CWH<br><br>**STIPULATION AND ORDER DISMISSING ACTION**<br><br>ECF Nos. 5, 10 |

**STIPULATION**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Tinisha Chappel and Defendant Clark County Collection Service, LLC ("Defendant") stipulate to dismiss with prejudice the above-entitled action, with each party to bear its own costs, disbursements, and attorney's fees.

DATED this 1st day of May 2017.

**Kazerouni Law Group, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**Holland & Hart LLP**

By: /s/ Patrick J Reilly
Patrick J Reilly, Esq.
9555 Hillwood Drive
Second Floor
Las Vegas, NV 89134
*Attorneys for Defendant Clark County Collection Service, LLC*

**ORDER**

Based on the parties' stipulation [ECF No. 10] and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that **THIS ACTION IS DISMISSED** with prejudice, each party to bear its own fees and costs. The pending motion for summary judgment **[ECF No. 5] is DENIED** as moot, and the Clerk of Court is directed to **CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer Dorsey
5/8/17